General Motors Corporation, Appellant, *v.*
Unemployment Compensation Board
of Review.

Argued September 29, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

646

*John G. Wayman,* with him *Scott F. Zimmerman,* and *Reed, Smith, Shaw & McClay,* for appellant.

*Paul A. Simmons,* for claimant, appellee.

*Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

OPINION PER CURIAM, November 14, 1967:
Order affirmed.